IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Kenneth L

Printed: 12/10/08

Case Number: 07 B 15048
Judge: Goldgar, A. Benjamin
Filed: 8/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 28, 2008
Confirmed: October 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,651.54 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,045.82 |
| Administrative: |  | 2,400.50 |
| Trustee Fee: |  | 205.22 |
| Other Funds: |  | 0.00 |
| Totals: | 3,651.54 | 3,651.54 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,400.50 | 2,400.50 |
| 2. | Cenlar Federal Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Cenlar Federal Savings Bank | Secured | 9,141.80 | 0.00 |
| 4. | Internal Revenue Service | Priority | 1,264.66 | 1,045.82 |
| 5. | Nicor Gas | Unsecured | 35.31 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 37.24 | 0.00 |
| 7. | ER Solutions | Unsecured | 63.46 | 0.00 |
| 8. | Harris Bank | Unsecured | 775.11 | 0.00 |
| 9. | Harris Trust & Savings Bank | Unsecured | 40.19 | 0.00 |
| 10. | B-Real LLC | Unsecured | 485.38 | 0.00 |
| 11. | Numark Credit Union | Unsecured | 497.92 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 6.98 | 0.00 |
| 13. | Alliance One | Unsecured |  | No Claim Filed |
| 14. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 15. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,748.55 | $ 3,446.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 157.76 |
| 6.5% | 47.46 |
|  | $ 205.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Kenneth L | Case Number:  07 B 15048 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/10/08 | Filed:  8/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

